**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**

Andrew K. Mitnick
Partner
Telephone: 215.567.8300
Fax: 215.567.8333
amitnick@feldmanshepherd.com
Also Member NJ Bar

May 17, 2023

**VIA ELECTRONIC FILING**

Honorable Elizabeth A. Pascal
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Courtroom 5C
Camden, New Jersey 08101

   **RE:**  **Prunckun, et al. v. A.W. Holdings LLC, et al.**
      <u>USDC for the District of NJ, Case No.: 1:23-cv-00483-KMW-EAP</u>

Dear Judge Pascale:

  This letter will confirm that counsel for plaintiffs and the defendants have conferred with regard to the exchange of e-discovery. We do not anticipate that there will be any issues that will require court involvement at this time.

            Respectfully,

            *[signature]*

            Andrew K. Mitnick

AKM/emh

cc:  Robyn F. McGrath, Esquire