UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                      Proceeding Date: October 19, 2023

MAGISTRATE JUDGE ELIZABETH A. PASCAL

Court Reporter: ECR


**Title of Case: Docket:**                          Civil 23-483 (KMW)
PRUNCKUN et al
v.
A.W. HOLDINGS LLC et al

**Appearances:**
Andrew Mitnick, Esq. for Plaintiff
Robyn McGrath, Esq. for Defendant

**Nature of Proceedings:**
Telephone Discovery Dispute held on the record.

**Disposition:**
An order shall issue.

Time Commenced: 2:07 pm     Time Adjourned: 2:58 pm     Total Time: 51 Minutes

                                                    s/ Benjamin Appel
                                                    DEPUTY CLERK

Cc: Chambers