THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EDWARD PRUNCKUN. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. HOLDINGS LLC, et al.,<br><br>Defendants. | Civil No. 23-483 (KMW/EAP) |

### DISCOVERY DISPUTE ORDER

This matter having come before the Court upon Plaintiffs' letter identifying a discovery dispute, ECF No. 28; and the Court having received Defendants' letter in response, ECF No. 30; and the Court having reviewed the parties' submissions; and the Court having conducted a telephone conference on the record on **October 19, 2023**; and the Court noting the following appearances: **Andrew K. Mitnick, Esquire**, appearing on behalf of Plaintiffs; and **Robyn F. McGrath, Esquire**, appearing on behalf of Defendants; and for the reasons stated on the record and for good cause shown;

**IT IS** this **19th** day of **October 2023**, hereby **ORDERED**:

1. No later than **October 30, 2023**, Defendants will produce its response to Plaintiffs' discovery requests 1 and 2.

2. No later than **October 30, 2023**, Defendants will review its prior response to Plaintiffs' request for emails, correspondence, memoranda, etc. involving the two November 2021 incidents and restraints of Plaintiff.

3. No later than **November 10, 2023**, Defendants will provide Plaintiffs with reports and investigations of claims of (1) improper use of restraints and (2) elopement resulting in injury, occurring between November 2016 and November 2021 in Defendants' group homes in the southwest region of New Jersey.

4. Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Hon. Karen M. Williams, U.S.D.J.