**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**

Andrew K. Mitnick
Partner
*Telephone: 215.567.8300*
*Fax: 215.567.8333*
amitnick@feldmanshepherd.com
Also Member NJ Bar

January 26, 2024

<u>**VIA ELECTRONIC FILING**</u>

Honorable Elizabeth A. Pascal
United States Magistrate Judge
Mitchell H. Cohen Building
& U.S. Courthouse
4th and Cooper Streets
Courtroom 5C
Camden, New Jersey 08101

   **RE:** **Prunckun, et al. v. A.W. Holdings LLC, et al.**
     <u>**USDC for the District of NJ, Case No.:  1:23-cv-00483-KMW-EAP**</u>

Dear Judge Pascal:

  Please be advised that we have been working to effectuate the settlement in the above-referenced matter.  Your Honor has asked that we file the papers necessary to dismiss this action by January 30, 2024.  We have been in the process of having a Special Needs Trust prepared for Robert Prunckun as well as retaining a professional Trust Administrator to oversee investments and provision of services.  We are hoping to have everything finalized in the near future and request that Your Honor give us an extension for filing the papers for dismissal.

  Thank you for your consideration in this matter.

            Respectfully,

            Andrew K. Mitnick

AKM/ch

cc: Robyn F. McGrath, Esquire
   (via email)